THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR A. ADAWE, | CASE NO. C19-1354-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COASTAL ALASKA PREMIER SEAFOODS LLC et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to remand. (Dkt. No. 18.) On August 26, 2019, Defendants removed this action from King County Superior Court pursuant to 9 U.S.C. § 205. (Dkt. No. 1.) For removal to be proper under § 205, there must be a written arbitration agreement and, among other things, one of the parties to the agreement must be a non-citizen. *See Standard Bent Glass Corp. v. Glassrobots Oy*, 333 F.3d 440, 449 n.13 (3d Cir. 2003). The parties have determined that Plaintiff was a citizen at the relevant times, which eliminates the stated basis for removal. (Dkt. No. 18.) Accordingly, the Court GRANTS the motion and DIRECTS the Clerk to remand this case to the King County Superior Court.

//

DATED this 19th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1354-JCC
PAGE - 2